UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MAETAS, | No.  2:23-cv-0030 AC P |
| Plaintiff, | |
| v. | ORDER |
| RCCC, | |
| Defendant. | |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis is missing the second page, and as a result is not signed and does not include an authorization for the California Department of Corrections and Rehabilitation to provide plaintiff's trust account statement directly to the court.  Accordingly, plaintiff's application will be denied and plaintiff will be provided the opportunity to submit the application on the appropriate form.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED without prejudice.

      2.  Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis that includes plaintiff's signature.  Plaintiff's failure to

comply with this order will result in a recommendation that this action be dismissed without prejudice.

    3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: January 10, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE