UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MAESTAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RCCC,<br><br>　　　　Defendant. | No. 2:23-cv-00030-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO STATE A CLAIM<br><br>(Doc. No. 11) |

Plaintiff Randy Maestas is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On July 28, 2023, the assigned magistrate judge screened plaintiff's first amended complaint and issued findings and recommendations recommending that this action be dismissed, without leave to amend, due to plaintiff's failure to state a cognizable claim upon which relief may be granted. (Doc. No. 11.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id.* at 4–5.) On August 10, 2023, plaintiff filed objections to the findings and recommendations. (Doc. No. 12.)

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Plaintiff's objections are difficult to decipher and largely nonsensical. Those objections do not provide any basis upon which to reject the pending findings and recommendations.

Accordingly,

1. The findings and recommendations issued on July 28, 2023 (Doc. No. 11) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 20, 2024**                    ⁄s⁄ Dale A. Drozd
                                                  DALE A. DROZD
                                                  UNITED STATES DISTRICT JUDGE